We are here on a business report, and we will hover on behalf of P.D. Romero for three minutes for about half a minute. The purpose of the report today is simply to monitor the district more properly because it did not have subject matter jurisdiction over Mr. Romero's colleagues. For two very reasonable reasons, we are here and we should be doing such. First, 15 U.S.C. 77-P.D. P.D. grants, specific grants, the federal jurisdiction covering Mr. Romero's colleagues. And second, the procedures that should exist within 15 U.S.C. 1332-P.D. for Mr. Romero's colleagues because the parties are diverse, and it all goes towards the exceeds of $75,000. We need to consider this more. So we are in two U.S.C. 77-P.D. Those of you that have been part of your district, or if you have been a member of your district, or if you have been a member of your district, I would like to establish that first. I'll just leave it at that. We then establish that you did a quality audit of the P.D. decision, and then just go ahead and fully rely on the rules, the federal jurisdiction covering Mr. Romero's colleagues. If I may, Mr. President, I would like to make a motion to re-submit the P.D. statute of limitations. On the basis of the compliant P.D. statute of limitations, I would like to ask you to decide how the specific and compliant are to parallel the statute, and if the P.D. is more than the P.D. in that statute. Right. It's also a situation where we are trying to set a bar on the measure of the P.D. So how do we do it? We have the Dane-Pixley-Depaul-Adel, we have the Dane-Pond-Adel, and we have the Laura-Dane-Pond, and then we have the federal jurisdiction here of the U.S.C. 77-P.D. I think just that you try to counsel, recognize, and for permission to amend the compliance ban, to have specific engagement to that statute, and, unfortunately, to support development into a motion to amend the complaint for its specific use for a lot of the subjects you're interested in. I would argue that, however, still, the complaint justice requires to amend it in languages to satisfy the jurisdiction requirement of the U.S.C. 77-P.D. Yes. The complaint must contain a U.S.C. 77-P.D. and a U.S.C. 77-P.D. notwithstanding, subsection D or C, a covered class statute described as either being this complaint that is based upon the statutory order of the law, or is still in motion, or is incorporated, or organized, may be maintained in state law by a federal court, by a federal department, or by the U.S.C. 77-P.D. Very much in canon of construction is, of course, that the court should not read in a distinct language from the statute, as well as in any other U.S.C. meaning. Markov's interpretation is that the language of the U.S.C. 77-P.D. specifically does not confer or issue jurisdiction to the district court. It's not in keeping with the language of the statute. Instead, Markov's argument relies on the reading in a semi-distinct language, particularly for a degree of distinct language. The statute does not say that jurisdiction is maybe maintained in a state or federal court. Markov's argument relies on the additional language for a court of common law, not a common jurisdiction meaning. The statute does not say that maybe maintained in a state or federal court. It does not say jurisdiction. The statute says that jurisdiction may be maintained in a state or federal court. Any questions? Yes.
judges: Thomas, Bea, Ikuta